UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| COZY COMFORT COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court Nos. 22-00003<br>22-00173 |

**ORDER**

Upon consideration of Plaintiffs Consent Motion for Test Case Designation and for Suspension, it is hereby

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that *Cozy Comfort Company, LLC v. United States,* USCIT Ct. No. 22-00173, is designated as a test case; and it is further

ORDERED that *Cozy Comfort Company, LLC v. United States,* USCIT Ct. No. 22-00003, is suspended under the test case, removed from the Customs Case Management Calendar, and placed on the Suspension Calendar.

Dated:

_____
Chief Judge

_____
New York, NY

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| COZY COMFORT COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court Nos. 22-00003<br>22-00173 |

**CONSENT MOTION FOR TEST CASE DESIGNATION AND FOR SUSPENSION**

Pursuant to USCIT Rules 1, 7 and 83(e)-(j), Plaintiff, Cozy Comfort Company, LLC, by and through its undersigned counsel, hereby requests that this Court designate *Cozy Comfort Company, LLC v. United States,* USCIT Ct. No. 22-00173 (currently on appeal at the U.S. Court of Appeals for the Federal Circuit, CAFC Case No. 25-1889), as a test case and suspend the following case pending disposition of the test case: *Cozy Comfort Company, LLC v. United States,* USCIT Ct. No. 22-00003. These two actions share significant questions of law or fact, and thus the designation of USCIT Ct. No. 22-00173 as a test case and suspension of the other action requested herein would effectuate the most just, speedy, and inexpensive determination of these actions. See USCIT Rules 1, 83(e)-(f).

As a preliminary matter, pursuant to Rule 1, the Court has equitable authority to temporarily open USCIT Ct. No. 22-00173 for the purpose of ensuring a "just, speedy, and inexpensive determination of every action and proceeding." Further, this Court has previously held that closed matters on appeal remain a "pending matter" that can serve as a "test case" for purposes of Rule 83(e). See Baxter Healthcare Corp. v. United States, 925 F. Supp. 794, 798 (Ct. Int'l Trade 1996) ("As indicated, suits are ongoing and the test case has progressed to the appellate stage. This maturing litigation will provide the basis for resolving all of the filed claims.").

Accordingly, this Court may temporarily open and designate USCIT Ct. No. 22-00173 as a test case.

Test case designation and case suspension are warranted here. The same questions of law or fact are shared by USCIT Ct. Nos. 22-00173 (proposed test case) and 22-00003 (proposed suspension case): Whether The Comfy®, a wearable blanket, is properly classified as a blanket of heading 6301, a pullover of heading 6110, or in another heading. The subject merchandise in both cases, The Comfy®, is the same.

As required by USCIT Rules 7(b), 83(f), and 83(i), on December 30, 2025, counsel for Plaintiff contacted Beverly A. Farrell, counsel for Defendant United States, who indicated Defendant consents to the relief requested.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant this Consent Motion for Test Case Designation and Case Suspension.

Dated: December 30, 2025

Respectfully Submitted,

By: /s/ Christopher J. Duncan, Esq.
Christopher J. Duncan, Esq.
SQUIRE PATTON BOGGS (US) LLP
Attorneys for Plaintiff
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 689-6579
Fax: (213) 623-4581
Email: chris.duncan@squirepb.com

*Attorneys for Plaintiff Cozy Comfort Company, LLC*